**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Derrick Lewis v. City of Chicago, et al.          Case Number:  19-cv-3320

An appearance is hereby filed by the undersigned as attorney for:
Ronald Watts

Attorney name (type or print):  Brian P. Gainer

Firm:     JOHNSON & BELL, LTD.

Street address:     33 West Monroe Street, Suite 2700

City/State/Zip:    Chicago, IL 60603

Bar ID Number:  6286200          Telephone Number:    (312) 372-0770
(See item 3  in instructions)

Email Address: gainerb@jbltd.com

Are you acting as lead counsel in this case?          ☒ Yes     ☐ No

Are you acting as local counsel in this case?          ☐ Yes     ☒ No

Are you a member of the court's trial bar?          ☒ Yes     ☐ No

If this case reaches trial, will you act as the trial attorney?          ☒ Yes     ☐ No

If this is a criminal case, check your status.          ☐     Retained Counsel

                                             ☐     Appointed Counsel
                                                   If appointed counsel, are you a

                                                   ☐ Federal Defender

                                                   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 20, 2019

Attorney signature:     S/ Brian P. Gainer
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015