**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: Derrick Lewis v. City of Chicago, et al.          Case Number: 19-cv-3320

An appearance is hereby filed by the undersigned as attorney for:
Ronald Watts

Attorney name (type or print):  Ahmed A. Kosoko

Firm:    JOHNSON & BELL, LTD.

Street address:    33 West Monroe Street, Suite 2700

City/State/Zip:    Chicago, IL 60603

Bar ID Number:  6283290                    Telephone Number:    (312) 372-0770
(See item 3 in instructions)

Email Address: kosokoA@jbltd.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.      ☐   Retained Counsel

                                                     ☐   Appointed Counsel
                                                         If appointed counsel, are you a

                                                         ☐ Federal Defender

                                                         ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 20, 2019

Attorney signature:    S/ Ahmed A. Kosoko
                        (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015